**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| HENRY LANDSMAN, MD,<br>Plaintiff,<br>v.<br>DEPARTMENT OF LABOR,<br>Defendant. | Case No. 3:26-CV-000670-ART-CLB<br>**ORDER TO FILE COMPLAINT AND PAY FILING FEE OR FILE APLICATION TO PROCEED *IN FORMA PAUPERIS*** |

On September 4, 2026, Plaintiff Henry Landsman ("Landsman") submitted a document titled "Notice of Intent to Sue" which states that as soon as Landsman completes the administrative aspect of his Department of Labor case is complete, he intends to sue the Department of Labor. (ECF No. 1-1 at 2.) However, Landsman did not submit an actual complaint and failed to either pay the full $405 filing fee for this matter or file an application to proceed *in forma pauperis*.

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. Thus, the case cannot proceed unless Landsman files a complaint. Furthermore, Landsman must either pay the the full $405 filing fee for this matter or file an application to proceed *in forma pauperis*. Under Local Rule LSR 1-1, a person who is unable to prepay the fees in a civil case may apply to the Court for leave to proceed *in forma pauperis*. The application must be made on the form provided by the Court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities.

Accordingly, **IT IS ORDERED** that Landsman must file a complaint in this case on or before **Monday, October 5, 2026**. Landsman is cautioned that this action will be subject to dismissal without prejudice if he fails to timely file a complaint. A dismissal without prejudice allows Landsman to refile the case with the Court, under a new case number, when Landsman can file a complaint.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall **SEND** Landsman:

**(1)** the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same; and **(2)** the approved form application to proceed *in forma pauperis* by a non-inmate.

**IT IS FURTHER ORDERED** that on or before **Monday, October 5, 2026**, Landsman will either: **(1)** pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee); or **(2)** file with the Court a completed Application to Proceed *in Forma Pauperis* for Non-Inmate on this Court's approved form, along with a completed and signed financial affidavit. Failure to do so will result in a recommendation to the District Court to dismiss the action.

**IT IS SO ORDERED**.

**DATED**: September 8, 2026.

**UNITED STATES MAGISTRATE JUDGE**