UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

HENRY LANDSMAN, M.D.,

Plaintiff.

v.

DEPARTMENT OF LABOR,

Defendant.

Case No. 3:26-cv-00670-ART-CLB

ORDER ADOPTING REPORT AND RECOMMENDATION

On September 3, 2026, Plaintiff Henry Landsman filed a document entitled "Notice on Intent to Sue." (ECF No. 1-1.) Magistrate Judge Carla Baldwin issued an order instructing Mr. Landsman that commencing a civil action requires filing a complaint and either paying the filing fee or submitting an application to proceed in forma pauperis. (ECF No. 3.) Judge Baldwin gave Mr. Landsman until October 5, 2026, to address these deficiencies and provided him with the relevant forms to do so. (*Id.*)

Mr. Landsman did not file a complaint, pay the filing fee, or submit an IFP application by the October 5 deadline. Judge Baldwin therefore issued a Report and Recommendation ("R&R") recommending that the action be dismissed without prejudice. (ECF No. 4.)

Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1). Parties have fourteen days from being served with an R&R to provide written objections. *Id.* Where no party objects in that period, the district court is not required to perform any review of the magistrate judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Mr. Landsman did not object to Judge Baldwin's recommendation within

the statutory fourteen-day period, and the time to do so has now expired.

It is therefore ordered that Judge Baldwin's R&R (ECF No. 4) is ADOPTED.

It is further ordered that this action is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is kindly instructed to CLOSE this case accordingly.

Dated this 23rd day of October 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE